**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 22-7420**

---

UNITED STATES OF AMERICA,

         Plaintiff - Appellee,

    v.

NORMAN ALAN KERR,

         Defendant - Appellant.

---

Appeal from the United States District Court for the Middle District of North Carolina, at Greensboro. Joi Elizabeth Peake, Magistrate Judge. (1:09-cr-00290-NCT-1; 1:22-cv-00194-NCT-JEP)

---

Submitted: February 21, 2023                     Decided: February 24, 2023

---

Before NIEMEYER and DIAZ, Circuit Judges, and MOTZ, Senior Circuit Judge.

---

Dismissed by unpublished per curiam opinion.

---

Norman Alan Kerr, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Norman Alan Kerr seeks to appeal the magistrate judge's order granting his motions for leave to file a legal memorandum and for a docket sheet, denying as unnecessary his motion for a docket sheet and transfer of records, and directing the Government to respond to his motion challenging his sentence.  This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291, and certain interlocutory and collateral orders, 28 U.S.C. § 1292; Fed. R. Civ. P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 545-47 (1949). The order Kerr seeks to appeal is neither a final order nor an appealable interlocutory or collateral order.  Accordingly, we dismiss the appeal for lack of jurisdiction.  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*
